MILLINERY OUTLET COMPANY, INCORPORATED, Appellant, *v.* WISE & COMPANY, OUTFITTERS, INCORPORATED, Respondent.

*Millinery Outlet Co., Inc.,* v. *Wise & Co., Outfitters, Inc.,* 173 App. Div. 890, appeal dismissed.
(Submitted October 9, 1916; decided October 17, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 28, 1916, affirming a judgment in favor of defendant.

The motion was made upon the ground of failure to file the required undertaking.

*Hamilton C. Rickaby* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.